United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROMAN SANTIAGO CENTENO.,** | § | |
| | § | |
| *Petitioner*, | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-2940** |
| | § | |
| **MARKYWAYNE MULLIN, et al.,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER

The Court orders Respondents to respond to Petitioner's Status Report by May 6, 2026.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 4th day of May, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE